■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMARIO LANE, Appellant. [895 NYS2d 920]—Appeal from a judg-

ment of the Erie County Court (Sheila A. DiTullio, J.), rendered November 6, 2008. The judgment convicted defendant, upon his plea of guilty, of attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.